# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Katherine Calavan

                                    Plaintiff,

v.                                                     Case No.: 1:21−cv−00185

                                                               Honorable Charles P. Kocoras

First Love International Ministries, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 3, 2021:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's ex parte motion for temporary restraining order, motion for leave to file under seal, and motion for protective order to prevent First Love's Witness Intimidation [49] is granted. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.