# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

KATHERINE CALAVAN, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

FIRST LOVE INTERNATIONAL MINISTRIES, et al.,

Defendant(s).

Case No. 21 C 185
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of Defendant First Love International Ministries, Steven Johnson, Jerry Winslow, Paul Loner, Philip Guske, Robert Opperman, Dale Gray, Thomas Clinton, Phoebe Wilhelm and Robert and against Plaintiff Katherine Calavan.

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion to dismiss.

Date: 3/9/2022                                    Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk